Clerk of the court
Norhtern District

5/19/26
Case, 9:25-CV-1816(AMN/ML)

Clerk,

    I have mailed a couple documents to the court in reference to the above case. I have received NO response. This violates a few rules and laws. They were not sent back marked received or filed as required. Therefore I don't know if the court has received them or not to address them. Which MUST be done.

    I was informed your court recently stole money from my account unlawfully.

    According to the unlawful document CORRUPT ANNE NARDACCI allegedly signed... Photocopies of signatures are not permitted. So who knows if she actually signed the document or not.

    The one document I sent, addressed this unlawful paperwork. AGAIN , went unanswered.

    On page 14 of this document it states that my IFP was granted, but then states I still have to pay for an unlawful document. ANY contradicting orders are NOT lawful and cannot be enforced.

    I've shown I was a "poor person". (Kreis v. Northhampton Co. Prison, Ed.P.A. 2021, 564 F. Supp. 3d 359) IFP approved.

    Contradictive orders on documents are NOT accepted (U.S. v. Crawford WL 7236628)*(ARCE v. Chicago Transit 311 FRD 504).

PLEASE inform me why my documents I've sent in have NOT been acknowledged and why am I paying for an unlawful document when I was approved for it???? Please get back to me. If need be I will make sure NO money will ever be put in that account from anywheres.

why not a reduced fee?
I thought that is what
an IFP is for.

Michael Darling
24B0396
Coxsackie Prison

Case 9:25-cv-01816-AMN-ML   Document 10   Filed 04/14/26   Page 14 of 16

Amendment, there is some Second Circuit authority acknowledging that such claims may also be asserted under the Fourth Amendment." *Rivera v. Washburn*, No. 04-CV-6279, 2006 WL 3256927, at *4 (W.D.N.Y. Nov. 9, 2006) (citing, *inter alia*, *United States v. Felipe*, 148 F.3d 101, 108 (2d Cir.), *cert. denied*, 525 U.S. 907 (1998)).

At this stage of the proceeding, and mindful of the Second Circuit's direction that a pro se plaintiff's pleadings must be liberally construed, the Court finds that plaintiff's Fourth Amendment mail tampering claims against defendants Jirinec and Napoli survive sua sponte review and require a response. In so ruling, the Court expresses no opinion as to whether these claims can withstand a properly filed dispositive motion.

## IV.   CONCLUSION

**WHEREFORE**, it is hereby

**ORDERED** that the First IFP Application (Dkt. No. 6) is **GRANTED** as set forth above and the Second IFP Application (Dkt. No. 9) is **DENIED** as unnecessary.[5] The Clerk shall provide the superintendent of the facility, designated by plaintiff as his current location, with a copy of plaintiff's authorization form (Dkt. No. 7), and notify the official that this action has been filed and that plaintiff is required to pay the entire statutory filing fee of $350.00 pursuant to 28 U.S.C. § 1915; and it is further

**ORDERED** that the Clerk shall provide a copy of plaintiff's authorization form (Dkt. No. 7) to the Financial Deputy of the Clerk's Office; and it is further

---

[5] Plaintiff should note that although the First IFP application has been granted, he will still be required to pay fees that he may incur in this action, including copying and/or witness fees.

14



**COXSACKIE CORRECTIONAL FACILITY**
P.O. BOX 999
COXSACKIE, NEW YORK  12051-0999

NAME: *Darling Michael*    DIN: 24B0396

ALBANY NY 120
COXSACKIE
21 MAY 2026AM 1 L

CORRECTIONAL FACILITY

NEOPOST
05/20/2026
US POSTAGE $000

FIRST CLASS

ZIP 12051
041L11254768

Northern District
James T. Foley
U.S. Courthouse, suite 509
445 Broadway
Albany    N.Y.
12207

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

MAY 2 2 2026

RECEIVED

12207-294899

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Darling Michael    DIN: 24B0396

♲ Printed On Recycled Paper